# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY A. WARD, | CASE NO. 1:05-CV-01618-OWW-LJO-P |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO PROVIDE CONSENT/DECLINE FORM TO PLAINTIFF |
| v. | |
| K. SCRIBNER, et al., | (Doc. 5) |
| Defendants. | |

Plaintiff Rodney A. Ward ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 7, 2006, Plaintiff sent a letter to the Clerk's Office requesting a consent/decline form. The request was filed and docketed as a motion for the Court to resolve rather than handled as a request for a form.

The Clerk's Office is HEREBY DIRECTED to mail Plaintiff a consent/decline form.

IT IS SO ORDERED.

**Dated:   February 22, 2006**          /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE

1