IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WARD, | 1:05-CV-01618 OWW LJO P |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| K. SCRIBNER, et al., | (Document No. 10) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.  On March 2, 2006, plaintiff filed his second application to proceed in forma pauperis.  In as much as plaintiff has already been granted leave to proceed in forma pauperis in this action, plaintiff's application of March 2, 2006, is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   March 21, 2006**           /s/ Lawrence J. O'Neill
i0d3h8                    UNITED STATES MAGISTRATE JUDGE