UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY A. WARD,<br><br>        Plaintiff,<br><br>vs.<br><br>K. SCRIBNER, et al.,<br><br>        Defendants. | 1:05-cv-01618-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER** (Doc. 14) |

Plaintiff Rodney A. Ward ("plaintiff"), proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 1, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. To date, plaintiff has not filed objections to the Magistrate Judge's

1

1  Findings and Recommendations.
2      In accordance with the provisions of 28 U.S.C. §
3  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>
4  <u>novo</u> review of this case.  Having carefully reviewed the entire
5  file, the Court finds the Findings and Recommendations to be
6  supported by the record and by proper analysis.
7      Accordingly, IT IS HEREBY ORDERED that:
8      1.   The Findings and Recommendations, filed August 1, 2006,
9  is ADOPTED IN FULL; and,
10     2.   This action is DISMISSED, without prejudice, based on
11 plaintiff's failure to obey the court's order of June 12, 2006.

13 IT IS SO ORDERED.

14 **Dated:    September 16, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                       UNITED STATES DISTRICT JUDGE